# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**  **Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

---

**In Re:**                                    **:   Chapter 13 Bankruptcy**

**Zachary Scott**                             **:   No: 18-10245-MDC**
                **Debtor**

---                                           **:**

## CERTIFICATE OF SERVICE

I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's First Amended Plan, dated 3-16-18, on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

William C. Miller, Esquire            Rebecca Ann Solarz, Esquire
1234 Market Street, Suite 813         KML Law Group, P.C.
Philadelphia, Pennsylvania 19107      710 Market Street, Suite 5000
Chapter 13 Trustee                    Philadelphia, Pa. 19106
                                      Attorney for Creditor
                                      MidFirst Bank

Zachary Scott                         United States Trustee
8321 Fayette Street                   Office of the U.S. Trustee
Philadelphia, Pennsylvania 19150      833 Chestnut Street, Suite 500
Debtor                                Philadelphia, Pennsylvania 19107

                                              **By:**

                                              **/s/ Vaughn A. Booker, Esquire**
                                              **Vaughn A. Booker, Esquire**
                                              **Attorney for Debtor,**
                                              **Zachary Scott**

**Dated: March 16, 2018**