**Vaughn A. Booker, Esquire**  **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**vbs00001@aol.com**

---

**In Re:** : Chapter 13 Bankruptcy
   **Zachary Scott**
: No: 18-10245-AMC

---

:

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Second Amended Plan, dated July 11, 2018, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire
1234 Market Street, Suite 813
Philadelphia, Pennsylvania 19107
Chapter 13 Trustee

Megan Harper, Esquire
City of Philadelphia Law Dep't
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, Pennsylvania 19102-1595
Attorney for City of Philadelphia

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
710 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor Mid First Bank

Zachary Scott
8321 Fayette Street
Philadelphia, Pennsylvania 19150
Debtor

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

By:

      /s/ **Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**Zachary Scott**

**Dated: July 11, 2018**