**Vaughn A. Booker, Esquire**  **Attorney for Debtor**
**1420Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
vbs00001@aol.com

_____
**In Re:**                                                                 **: Chapter 13 Bankruptcy**
        **Zachary Scott**

                                                                               **: No: 18-10245-AMC**


_____**:**

# CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Third Amended Plan, dated September 10, 2018, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire                          Megan Harper, Esquire
1234 Market Street, Suite 813                   City of Philadelphia Law Dep't
Philadelphia, Pennsylvania 19107             Bankruptcy Group, MSB
Chapter 13 Trustee                                    1401 John F. Kennedy Blvd, 5th Floor
                                                                   Philadelphia, Pennsylvania 19102-1595
                                                                   Attorney for City of Philadelphia


Rebecca Ann Solarz, Esquire                    Zachary Scott
KML Law Group, P.C.                               8321 Fayette Street
710 Market Street, Suite 5000                   Philadelphia, Pennsylvania 19150
Philadelphia, Pennsylvania 19106             Debtor
Attorney for Creditor Mid First Bank

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

By:

/s/ Vaughn A. Booker, Esquire
Vaughn A. Booker, Esquire
Attorney for Debtor
Zachary Scott

Dated: September 10, 2018