# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10245-MDC

ZACHARY SCOTT

8321 FAYETTE STREET

PHILADELPHIA, PA 19150-2012

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ZACHARY SCOTT

    8321 FAYETTE STREET

    PHILADELPHIA, PA 19150-2012

Counsel for debtor(s), by electronic notice only.

    VAUGHN A. BOOKER ESQ
    1420 WALNUT STREET STE 815

    PHILADELPHIA, PA 19102-

Date: 9/14/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee