# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**  **Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

| | |
|---|---|
| **In Re:** | **: Chapter 13 Bankruptcy** |
| **Zachary Scott** | **: No: 18-10245-MDC** |
| **Debtor** | |
| | **:** |

## CERTIFICATE OF SERVICE

I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's Fourth Amended Plan, dated 10-26-18, on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

William C. Miller, Esquire
1234 Market Street, Suite 813
Philadelphia, Pennsylvania 19107
Chapter 13 Trustee

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
710 Market Street, Suite 5000
Philadelphia, Pa. 19106
Attorney for Creditor
MidFirst Bank

Zachary Scott
8321 Fayette Street
Philadelphia, Pennsylvania 19150
Debtor

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

**By:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor,**
**Zachary Scott**

**Dated: October 26, 2018**