### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **Zachary Scott** | : |
| | : BANKRUPTCY NO. **18-10245 MDC** |
| Debtor (s) | |

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/9/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                                                     Respectfully submitted,

Date: April 3, 2019                                           <u>/s/Jacqueline M. Chandler, Esquire for</u>
                                                                                    William C. Miller, Esquire
                                                                                     Chapter 13 Standing Trustee
                                                                                     P.O. Box 1299
                                                                                     Philadelphia, PA  19105

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Zachary Scott | : |
| Debtor(s) | : BANKRUPTCY NO. 18-10245 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Zachary Scott
8321 Fayette St
Philadelphia, PA 19150-2012

VAUGHN A. BOOKER
Vaughn A. Booker Attorney at Law
1420 Walnut Street
Suite 815
Philadelphia, PA 19102

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date: April 3, 2019

/s/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee