# IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**          **Attorney for Debtor,**
**1420 Walnut Street, Suite 815**      **Zachary Scott**
**Philadelphia, Pennsylvania 19102**
**Telephone No: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Attorney I.D. No: 42312**
**vbs00001@aol.com**

_____
**In Re:**                             :  Chapter 13 Bankruptcy

   **Zachary Scott**                   :  No: 18-10245-MDC


_____ :

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's Motion for Credit on the Post Petition Payments made to the Mortgage Company, on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

William C. Miller, Esquire               United States Trustee
1234 Market Street, Suite 813            Office of the U.S. Trustee
Philadelphia, Pennsylvania 19107         833 Chestnut street, Suite 500
Chapter 13 Trustee                       Philadelphia, Pennsylvania 19107

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, Pennsylvania 19106
Attorney for Creditor
MidFirst Bank c/o Midland Mortgage

Zachary Scott
8321 Fayette Street
Philadelphia, Pennsylvania 19105
Debtor

                                        **By:**

                                        **/s/ Vaughn A. Booker, Esquire**
                                        **Vaughn A. Booker, Esquire**
                                        **Attorney for Debtor,**
                                        **Zachary Scott**

**Dated: June 12, 2020**