# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**          **Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone No: (215) 545-0474**
**Facsimile No: (215) 545-0656**
**Email: vbs00001@aol.com**

_____

| | | |
|---|---|---|
| **In Re:** | **:** | **Chapter 13 Bankruptcy** |
| | **:** | |
| **Zachary Scott** | | **No: 18-10245-MDC** |
| | **:** | |
| _____ | **:** | |

## PRAECIPE TO WITHDRAW DEBTOR'S MOTION TO GIVE DEBTOR TRUSTEE PAYMENTS CREDIT

**To the Clerk:**

Kindly **Withdraw the Debtor's Motion to Give Debtor Trustee Payments Credit, (BK Document No. 62)** duly filed of record, regarding the above-captioned matter.

**By:**

**/s/ Vaughn A. Booker, Esquire**
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**

**Dated: September 9, 2020**