## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**         Attorney for Debtor
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone No: (215) 545-0474**
**Facsimile No: (215) 545-0656**
**Email: vbs00001@aol.com**

_____

| In Re: | : | Chapter 13 Bankruptcy |
| --- | --- | --- |
| Zachary Scott | : | No: 18-10245-MDC |
| _____ | : | |

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct copy of the Debtor's Praecipe to Give Debtor Trustee Payments Credit, on the following named parties or their Attorney of record, by regular first class U.S. Mail, postage pre-paid, on the following named parties or their Attorney of record on the date listed below:

William C. Miller, Esquire  
1234 Market Street, Suite 813  
Philadelphia, Pennsylvania 19107  
Chapter 13 Trustee  

Megan Harper, Esquire  
City of Philadelphia Law Dep't  
Bankruptcy Group, MSB  
1401 John F. Kennedy Blvd, 5th Floor  
Philadelphia, Pennsylvania 19102-1595  
Attorney for City of Philadelphia  

Rebecca Ann Solarz, Esquire  
KML Law Group, P.C.  
710 Market Street, Suite 5000  
Philadelphia, Pennsylvania 19106  
Attorney for Creditor Mid First Bank  

Zachary Scott  
8321 Fayette Street  
Philadelphia, Pennsylvania 19150  
Debtor  

United States Trustee  
Office of the U.S. Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, Pennsylvania 19107

**By:**

/s/ Vaughn A. Booker, Esquire
**Vaughn A. Booker, Esquire**
**Attorney for Debtor**
**Zachary Scott**

**Dated: September 9, 2020**