## IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**       **Attorney for Debtor,**
**1420 Walnut Street, Suite 815**       **Zachary Scott**
**Philadelphia, Pennsylvania 19102**
**Telephone No: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Attorney I.D. No: 42312**
**vbs00001@aol.com**

---

**In Re:**       :   Chapter 13 Bankruptcy

    **Zachary Scott**      :   No: 18-10245-MDC

---
    :

## O R D E R

And Now to wit, this 3rd day of November, 2020 and based upon the within Motion of the Debtor Zachary Scott to Modify his Plan Post Confirmation, it is Hereby Ordered and Decreed that Motion is Granted and that the Debtor is allowed to file an Amended Chapter 13 Plain giving him the Credit he made directly to Mid First Bank a/k/a Midland Mortgage Company on this Total Debt Payment Plan, as payment to be applied as payment to the Trustee and as reflected in the attached Modified Plan to be filed.

                                    **By the Court:**

                               *Magdeline D. Coleman*
                               MAGDELINE D. COLEMAN
                               CHIEF U.S. BANKRUPTCY JUDGE