**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Zachary Scott, | : | |
| Debtor. | : | Bankruptcy No.  18-10245-MDC |

# O R D E R

    **AND NOW**, it is hereby **ORDERED** that the Court's previously entered Order Granting Motion to Modify Plan dated November 3, 2020,[1] is hereby **VACATED**.

Dated:  November 6, 2020

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Vaughn A. Booker, Esquire
1420 Walnut Street, Suite 815
Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 84.