United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10245-mdc |
| Zachary Scott | Chapter 13 |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Zachary Scott, 8321 Fayette St, Philadelphia, PA 19150-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VAUGHN A. BOOKER | on behalf of Debtor Zachary Scott vbs00001@aol.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

# IN THE UNITED STATES DISTRICT BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**  **Attorney for Debtor,**
**1420 Walnut Street, Suite 815**  **Zachary Scott**
**Philadelphia, Pennsylvania 19102**
**Telephone No: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Attorney I.D. No: 42312**
vbs00001@aol.com

| | |
|---|---|
| In Re: | : Chapter 13 Bankruptcy |
| Zachary Scott | : No: 18-10245-MDC |
| | : |

## O R D E R

And Now to wit, this 3rd day of November, 2020 and based upon the within Motion of the Debtor Zachary Scott to Modify his Plan Post Confirmation, it is Hereby Ordered and Decreed that Motion is Granted and that the Debtor is allowed to file an Amended Chapter 13 Plain giving him the Credit he made directly to Mid First Bank a/k/a Midland Mortgage Company on this Total Debt Payment Plan, as payment to be applied as payment to the Trustee and as reflected in the attached Modified Plan to be filed.

By the Court:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE