THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**         **Attorney for Debtor,**
**1420 Walnut Street, Suite 815**      **Zachary Scott**
**Philadelphia, Pennsylvania 19102**
**Attorney I.D. No: 42312**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**

---

| | |
|---|---|
| In Re: | : |
| Zachary Scott, | : Chapter 13 |
| Debtor | : Case No: 18-10245-MDC |
| | : |

**PRAECIPE TO WITHDRAW DOCUMENT 70 MOTION TO MODIFY PLAN**

**To the Clerk:**

   Kindly withdraw the Debtor's Motion to Modify the Plan Post Confirmation filed as Document 70, regarding the above matter.


                                        **By:**

                                        **/s/ Vaughn A. Booker, Esquire**
                                        **Vaughn A. Booker, Esquire**
                                        **Attorney for Debtor**
                                        **Zachary Scott**


**Dated: December 9, 2020**