# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Vaughn A. Booker, Esquire**         **Attorney for Debtor**
**1420 Walnut Street, Suite 815**
**Philadelphia, Pennsylvania 19102**
**Telephone: (215) 545-0474**
**Facsimile: (215) 545-0656**
**Email: vbs00001@aol.com**
**Attorney I.D. No: 42312**

_____

**In Re:**                                                   **:  Chapter 13 Bankruptcy**

**Zachary Scott**                                    **:  No: 18-10245-MDC**
                **Debtor**

_____:

## CERTIFICATE OF SERVICE

   I, Vaughn A. Booker, Esquire, being duly sworn according to law deposes and says that I served a true and correct of the Debtor's Praecipe to Withdraw the Motion to Amend Plan Post Confirmation as Document 70, on the following named parties, creditors, secured, priority and unsecured or their Attorneys of record, by regular first class mail and/or facsimile, electronic transmission and on following persons and dated listed below:

| | |
|---|---|
| William C. Miller, Esquire | Rebecca Ann Solarz, Esquire |
| 1234 Market Street, Suite 813 | KML Law Group, P.C. |
| Philadelphia, Pennsylvania 19107 | 710 Market Street, Suite 5000 |
| Chapter 13 Trustee | Philadelphia, Pa. 19106 |
| | Attorney for Creditor |
| | MidFirst Bank |
| | |
| Zachary Scott | United States Trustee |
| 8321 Fayette Street | Office of the U.S. Trustee |
| Philadelphia, Pennsylvania 19150 | 833 Chestnut Street, Suite 500 |
| Debtor | Philadelphia, Pennsylvania 19107 |

                                                                        **By:**

                                                                        **/s/ Vaughn A. Booker, Esquire**
                                                                        **Vaughn A. Booker, Esquire**
                                                                        **Attorney for Debtor,**
                                                                        **Zachary Scott**

**Dated: December 9, 2020**